1  ROBERT M. HELFEND, SBN 113380
2  22337 Pacific Coast Hwy., No. 309
   Malibu, CA 90265
3  818-591-2809
   rmhelfend@gmail.com
4  Attorney for Defendant
   MOHAMMAD ALI RABBANI
5  ADEBA SULTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-751-EJD |
|---|---|
| Plaintiff, | ) (~~PROPOSED~~) ORDER CONTINUING SENTENCING DATE |
| v. | ) |
| MOHAMMAD ALI RABBANI, ADEBA SULTANA, | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties requesting permission to continue the sentencing date.

**FOR GOOD CAUSE SHOWN**

**IT IS HEREBY ORDERED** that sentencing date of October 15, 2012 at 2:00 p.m. is continued to December 3, 2012 at 1:30 PM

Dated: October 3, 2012

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Submitted by:

 /s/
_____
ROBERT M. HELFEND
Attorney for Defendant,
ADEBA SULTANA