1  ROBERT M. HELFEND, SBN 113380
   22337 Pacific Coast Hwy.,
2   No. 309
   Malibu, CA 90265
3  818-591-2809
   rmhelfend@gmail.com
4  Attorney for Defendant
   MOHAMMAD ALI RABBANI
5  ADEBA SULTANA

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )  No. CR 11-751-EJD
                                    )
10       Plaintiff,                 )  (~~PROPOSED~~) ORDER CONTINUING
                                    )  SENTENCING DATE
11       v.                         )
                                    )
12  MOHAMMAD ALI RABBANI,           )
    ADEBA SULTANA,                  )
13                                  )
         Defendant.                 )
14                                  )

15  _____

16      Pursuant to the stipulation of the parties requesting permission to continue the

17  sentencing date.

18  **FOR GOOD CAUSE SHOWN**

19    **IT IS HEREBY ORDERED** that sentencing date of December 3, 2012 at 10:30 a.m.

20  is continued to January 7, 2013 at 1:30 PM

21

22  Dated: November 27, 2012

23                                        _____
                                          HONORABLE EDWARD J. DAVILA
24  Submitted by:                         UNITED STATES DISTRICT JUDGE

25

26     /s/
    ROBERT M. HELFEND
27  Attorney for Defendant,
    MOHAMMAD ALI RABBANI
28  ADEBA SULTANA