ROBERT M. HELFEND, SBN 113380
22337 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
MOHAMMAD ALI RABBANI
ADEBA SULTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD ALI RABBANI,<br>ADEBA SULTANA,<br><br>Defendant. | No. CR 11-751-EJD<br><br>(~~PROPOSED~~) ORDER CONTINUING SENTENCING DATE |

Pursuant to the stipulation of the parties requesting permission to continue the sentencing date.

**FOR GOOD CAUSE SHOWN**

**IT IS HEREBY ORDERED** that the sentencing date of January 7, 2013 at 1:30 p.m. is continued to March 11, 2013 at 1:30 p.m. as to BOTH defendants.

Dated: January 3, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Submitted by:

 /s/
_____
ROBERT M. HELFEND
Attorney for Defendant,
MOHAMMAD ALI RABBANI
ADEBA SULTANA