1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLASS WILSON (DCBN 421811)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       E-Mail:  susan.knight@usdoj.gov
8

9  Attorneys for Plaintiff

**FILED**

SEP 0 6 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 11-00751 EJD
                                       )
14          Plaintiff,                 )
                                       )
15          v.                         )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING SENTENCING
16  MOHAMMAD ALI RABBANI AND           )   DATE
    ADEBA SULTANA,                     )
17                                     )   SAN JOSE VENUE
            Defendants.                )
18  _____)

19      The undersigned parties respectfully request that the sentencing hearing currently scheduled

20  for September 9, 2013 be continued to October 21, 2013.  The reason for the continuance is that

21  defendant Rabbani has an opportunity to work as a truck driver and training begins on September

22  9th at 6:00 a.m.  The parties have consulted Probation Officer Mar about the new date, and she

23  does not have an objection.

24  SO STIPULATED:                     MELINDA HAAG
                                       United States Attorney
25
    DATED: 9/6/13                      _____/s/_____
26                                     SUSAN KNIGHT
                                       Assistant United States Attorney
27
    DATED: 9/6/13                      _____/s/_____
28                                     ROBERT HELFEND
                                       Counsel for Mr. Rabbani and Ms. Sultana

STIPULATION AND [PROPOSED] ORDER
CR 11-00751 EJD

1

<u>ORDER</u>

2       Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in

3  <u>United States v. Rabbani and Sultana</u>, currently scheduled for September 9, 2013 is continued to

4  October 21, 2013 at 1:30 p.m.

5  SO ORDERED.

6  DATED: _9/6/13_

7                                    _____
                                     EDWARD J. DAVILA
8                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28